MCGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00133-MCE-DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| SMITH & WESSON 556 CALIBER SEMI-AUTOMATIC RIFLE, MODEL: MP 15, SERIAL NUMBER: SZ29316, | |
| GLOCK, 9 CALIBER PISTOL, MODEL: GMBH 19, SERIAL NUMBER: BERZ060, | |
| GLOCK, 9 CALIBER PISTOL, MODEL: GMBH 17, SERIAL NUMBER: BCBA244, | |
| GLOCK, 9 CALIBER PISTOL, MODEL: GMBH 26, SERIAL NUMBER: BDWG453, | |
| GLOCK, 9 CALIBER PISTOL, MODEL: GMBH 26, SERIAL NUMBER: BFPE548, | |
| 45 ROUNDS OF MISCELLANEOUS 9 CALIBER AMMUNITION, | |
| 39 ROUNDS OF MISCELLANEOUS 223 CALIBER AMMUNITION, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Daniel Zavala, Jr. ("Zavala"), by and through their respective counsel, and Richard Lopez, Jr.,

("Lopez"), appearing in *propria persona*, hereby agree and STIPULATE as follows:

1. On or about May 29, 2019, claimant Zavala filed a claim in the administrative forfeiture proceedings with the Bureau of Alcohol, Tobacco, Firearms and Explosives with respect to the all the firearms and ammunition listed above except for the Glock 9 Caliber pistol, Model GMBH, Serial Number: BFPE548. On or about June 4, 2019, claimant Lopez filed a claim with respect to the Glock 9 Caliber pistol, Model GMBH, Serial Number: BFPE548 (collectively hereafter "defendant firearms"), which were seized on April 23, 2019.

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant firearms under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant firearms as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 27, 2019.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 28, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant firearms and/or to obtain an indictment alleging that the defendant firearms are subject to forfeiture shall be extended to October 28, 2019.

Dated: 8/26/2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

| Dated: | 8/26/2019 | /s/ Austin Thompson |
|---|---|---|
| | | AUSTIN THOMPSON
Attorney for potential claimant
Daniel Zavala, Jr.
(Authorized via phone) |

| Dated: | 8/26/2019 | /s/ Richard Lopez, Jr. |
|---|---|---|
| | | RICHARD LOPEZ, JR.
Appearing in *Propria Persona*
(As authorized via phone) |

**ORDER**

Pursuant to the Parties' stipulation and for good cause, the Stipulation (ECF No. 1) is GRANTED.

IT IS SO ORDERED.

Dated: September 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE